UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONKEIVIUS WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) No. 3:14-cv-01148 |
| | ) Chief Judge Haynes |
| v. | ) |
| | ) |
| STATE OF TENNESSEE and | ) |
| JERRY LESTER, Warden, | ) |
| | ) |
| Defendants. | ) |

ORDER

Plaintiff, Ronkeivius Williamson, an inmate at the West Tennessee State Penitentiary in Henning, Tennessee, filed his "Complaint/Motion of Relief from Judgment" (Docket No. 1) and a "Motion of Correct Clerical Error Judgment" (Docket No. 2) seeking to set aside his state conviction.

Plaintiff was indicted in Davidson County Criminal Court in October 2007 when he was fourteen years old for first degree premeditated murder. *Williamson v. State,* No. M2011-00951-CCA-R3-PC, 2012 WL 626301 (Tenn. Crim. App. Feb. 28, 2012). In September 2009, the Plaintiff pled guilty to second degree murder with an agreed sentence of twenty-five years at one hundred percent. Plaintiff later sought state post-conviction relief and in February 2012, the Tennessee Court of Criminal Appeals affirmed the denial of post-conviction relief. *Id.* In May 2013, the Plaintiff filed a petition for writ of *habeas corpus* relief pursuant to 28 U.S.C. § 2254 with this district that the Court denied in August 2013. *Williamson v. Lester,* No. 3:13-cv-00424 (Campbell, J.).

In essence, Plaintiff alleges that a clerical error in the state court judgment against him needs to be corrected. Plaintiff's filings (Docket Entry Nos. 1 and 2) suggests that the Plaintiff

1

intended to pursue relief in a Tennessee state court. These documents do not allege any violations of federal law nor seek recourse pursuant to any federal statute or rule. These documents cite only Tennessee state law.

Federal courts have jurisdiction to adjudicate claims involving a federal question, 28 U.S.C. § 1331, or claims involving parties with diversity of citizenship, 28 U.S.C. § 1332. Plaintiff does not allege any facts suggestive of diversity or federal question jurisdiction. Accordingly, the Court concludes that it lacks jurisdiction in this action that is hereby **DISMISSED without prejudice** to file in a Tennessee state court. No filing fee shall be assessed.[1]

It is so **ORDERED**.

Entered this the 15th day of May, 2014.

William J. Haynes, Jr.
Chief United States District Judge

---

[1] The Plaintiff did not submit an application to proceed *in forma pauperis* in any event.